John T. Kamen and Minnie F. Kamen for the use of Patrick W. Murphy, appellee, v. Chicago Coil Spring Company, appellant. Gen. No. 38,876.

Opinion filed March 24, 1937.

Samuel F. Strong, for appellant; Herman S. Waldstein, of counsel. Russell, Murphy & Pearson, for appellee; Francis J. Garvey, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Josephine Slansek, appellee, v. Slovenska Narodna Podporna Jednota (Slovene National Benefit Society), appellant. Gen. No. 38,889.

Opinion filed March 24, 1937. Rehearing denied April 12, 1937.

Philip B. Heller, for appellant; Philip B. Heller and Arthur J. Goldberg, of counsel. Richard J. Zavertnik, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Mary Hooks, appellant, v. Pullman Porters Benefit Association of America, Inc., appellee. Gen. No. 38,920.

Opinion filed March 24, 1937.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks and Edward M. Byrd, of counsel. J. A. O'Connell and W. J. Butler, for appellee.

Mr. Justice Hebel delivered the opinion of the court.